UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN A. ROE, et al., | Case No. C25-743-RSM |
| Plaintiffs, | ORDER REASSIGNING CASE TO CHIEF JUDGE ESTUDILLO |
| v. | |
| KRISTI NOEM, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Upon review of the file in this matter, the Court finds cause for re-assignment. This case shall now be re-assigned to the Honorable David G. Estudillo, Chief United States District Judge. All future documents filed in this case must bear cause numbers ending in "DGE" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes.

DATED this 24th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1