The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN A. ROE, *et al.*, proceeding pseudonymously on behalf of themselves and other similarly situated individuals,<br><br>                    Plaintiffs,<br><br>        v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                    Defendants. | Case No.  2:25-cv-00743-DGE<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**PLEASE TAKE NOTICE** that Assistant United States Attorney Whitney Passmore hereby withdraws from this case. Lynsdie R. Schmalz, Assistant United States Attorney for the Western District of Washington, will remain as counsel of record.

//

//

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 2:25-cv-00743-DGE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    DATED this 6th day of June, 2025.

2                                            Respectfully submitted,

3                                            TEAL LUTHY MILLER
                                             Acting United States Attorney

4
                                             *s/ Whitney Passmore*
5                                            WHITNEY PASSMORE, FL No. 91922
                                             Assistant United States Attorneys
6                                            United States Attorney's Office
                                             Western District of Washington
7                                            700 Stewart Street, Suite 5220
                                             Seattle, Washington 98101-1271
8                                            Phone: 206-553-7970
                                             Fax:    206-553-4073
9                                            Email: whitney.passmore@usdoj.gov

10                                           *Attorneys for Defendant*