The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN A. ROE, *et al.*, proceeding pseudonymously on behalf of themselves and other similarly situated individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>            Defendants. | Case No. 2:25-cv-00743-DGE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>June 6, 2025 |

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint until July 28, 2025.

Plaintiff filed his Complaint on April 28, 2025. Pursuant to LCR 12(a)(1), the Defendants' response to the complaint is due own June 27, 2025.  The parties have discussed the potential of resolving this matter short of further litigation and have agreed to extend the deadline for 30 days.  If their efforts are successful, it will save the parties and the Court time and resources.  Therefore, the parties submit there is good cause for a brief extension of

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00743-DGE] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Defendants' time to respond to the complaint and have stipulated to extend that deadline until July 28, 2025.

**SO STIPULATED.**

DATED this 6th day of June, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | OPEN SKY LAW, PLLC |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>LYNDSIE R. SCHMALZ, CA No. 285004<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4067<br>Email:   whitney.passmore@usdoj.gov<br>             lyndsie.r.schmalz@usdoj.gov | *s/ Devin T. Theriot-Orr*<br>DEVIN T. THERIOT-ORR, WSBA No. 33995<br>WHITNEY C. WOOTTON, WSBA No. 54074<br>20415 72nd Ave S., Ste 110<br>Kent, WA 98032<br>Phone: 206-962-5052<br>Fax:     206-681-9663<br>Email: devin@opensky.law<br>             whitney@opensky.law<br><br>*Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |

I certify that this memorandum contains 128 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00743-DGE] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by July 28, 2025. The Clerk shall calendar this event.

DATED this 9th day of June, 2025.

DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:25-cv-00743-DGE] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970