UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN A. ROE,<br><br>          Plaintiff,<br>    v.<br><br>KRISTI NOEM et al.,<br><br>          Defendant. | CASE NO. 2:25-cv-00743-DGE<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS (DKT. NO. 7) |

**I        INTRODUCTION**

Before the Court is Plaintiffs' Motion for Leave to Proceed Under Pseudonyms. (Dkt. No. 7.) The motion was noted for May 19, 2025; however, no opposition was timely filed. The Court finds that Plaintiffs have demonstrated good cause to proceed under pseudonyms, for the reasons the Court has previously stated in *Doe v. Noem*, No. 2:25-CV-00633-DGE, 2025 WL 1295664 (W.D. Wash. May 5, 2025). *See also Does I thru XXIII v. Advanced Textile Corp.,* 214 F.3d 1058, 1067–1069 (9th Cir. 2000). Therefore, the motion is GRANTED.

The Court ORDERS that:

1. Plaintiffs be identified under pseudonyms throughout this litigation, and that in all public filings, including pleadings, motions, and exhibits, the parties refer to Plaintiffs only with each plaintiff's respective pseudonym and redact or otherwise maintain in confidence all personally identifying information.

2. Defendants, upon receiving each Plaintiff's real name and other personal identifiers, shall refrain from disclosing such information to any third party or in the public record, except as required to carry out their official duties or as otherwise ordered by the Court, and only under seal if filed with the Court.

Dated this 27th day of June, 2025.

_____
David G. Estudillo
United States District Judge